UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.3: 23-cv- 00414

| | |
|---|---|
| HALEEM GILLILAND,<br><br>    Plaintiff,<br><br>v.<br><br>GARRY L. MCFADDEN, individually and in his official capacity as Sheriff of Mecklenburg County; PLATTE RIVER INSURANCE COMPANY, a corporation in its capacity as Surety on the official bond of the Sheriff of Mecklenburg County and KYLE GARRETT HARRIS, individually and in his official capacity as a Detention Officer of Mecklenburg County<br><br>    Defendants | **CONSENT MOTION FOR ORDER ALLOWING DEPOSITION OF PRE-TRIAL DETAINEE** |

Defendants hereby move for an Order authorizing Plaintiff to be deposed in the Fulton County Jail in Atlanta, Georgia pursuant to Rule 30(a)(2)(b) of the Federal Rules of Civil Procedure. Plaintiff's counsel consents to this Motion.

This Motion is based upon the Court file and records in this action, the accompanying Memorandum, and upon such additional evidence which may be presented at or before any hearing which may be set by the Court.

This 15TH day of February, 2024.

s/Sean F. Perrin
/s/ Marilyn Porter
/s/ J. George Guise

*Counsel for Defendants Garry McFadden in his official and individual capacity, Platte River Insurance Company, and Kyle Harris in his official capacity only.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2024, a copy of the foregoing was filed via CM/ ECF and a copy was sent via U.S. Mail to the following non CM/ ECF participant:

Kyle Garrett Harris
Inmate # 1693707
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

                                            s/Sean F. Perrin