UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.3: 23-cv- 00414

| | |
|---|---|
| HALEEM GILLILAND,<br><br>    Plaintiff,<br><br>v.<br><br>GARRY L. MCFADDEN, individually and in his official capacity as Sheriff of Mecklenburg County; PLATTE RIVER INSURANCE COMPANY, a corporation in its capacity as Surety on the official bond of the Sheriff of Mecklenburg County and KYLE GARRETT HARRIS, individually and in his official capacity as a Detention Officer of Mecklenburg County<br><br>    Defendants | **MOTION FOR SUMMARY JUDGMENT BY GARRY MCFADDEN IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, KYLE HARRIS IN HIS OFFICIAL CAPACITY, AND PLATTE RIVER INSURANCE COMPANY** |

Defendants Garry McFadden in his official and individual capacity, Kyle Harris in his official capacity only, and Platte River Insurance Company move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure because there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law.

This motion is based upon the accompanying Brief, exhibits to the Brief, and court file in this action.

This 14th day of March, 2024.

          s/ Sean F. Perrin
          Sean F. Perrin (NCSB No. 22253)
          WOMBLE BOND DICKINSON (US) LLP
          301 S. College Street, Suite 3500
          Charlotte, North Carolina 28202
          Telephone: 704-331-4992
          E-mail: Sean.Perrin@wbd-us.com
          *Attorney for Defendants*

          /s/ Marilyn Porter
          N.C. State Bar. No. 8859
          Marilyn.porter@mecklenburgcountync.gov
          /s/J. George Guise
          N.C. State Bar. No. 22090
          George.Guise@mecklenburgcountync.gov
          Mecklenburg County Sheriff's Office
          801 East Fourth St.
          Charlotte, NC 28202
          Telephone: 704- 336-8100
          *Attorneys for Defendant Sheriff Garry McFadden*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2024, a copy of the foregoing was filed via CM/ECF and a copy was sent via U.S. Mail to the following non CM/ECF participant:

Kyle Garrett Harris
Inmate # 1693707
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

s/Sean F. Perrin