UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.3: 23-cv- 00414

HALEEM GILLILAND,

    Plaintiff,

v.

GARRY L. MCFADDEN, individually and in his official capacity as Sheriff of Mecklenburg County; PLATTE RIVER INSURANCE COMPANY, a corporation in its capacity as Surety on the official bond of the Sheriff of Mecklenburg County and KYLE GARRETT HARRIS, individually and in his official capacity as a Detention Officer of Mecklenburg County

    Defendants

**NOTICE OF SETTLEMENT**

Plaintiff and Garry McFadden in his official and individual capacities, Kyle Harris in his official capacity, and Platte River Insurance Company hereby notify the Court that they have reached a settlement in this case and will file closing documents within thirty days. This notice of settlement does not include the claims against Kyle Harris in his individual capacity.

This the 22nd day of March, 2024.

,

                                      <u>s/ Charles Everage</u>
                                      Attorney for Plaintiff

                                      <u>s/ Sean F. Perrin</u>
                                      *Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2024, a copy of the foregoing was filed via CM/ECF and a copy was sent via U.S. Mail to the following non CM/ECF participant:

Kyle Garrett Harris
Inmate # 1693707
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

                                               s/Sean F. Perrin