UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00414-FDW-SCR

| | |
|---|---|
| HALEEM GILLILAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KYLE GARRETT HARRIS, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* regarding the trial setting in this matter. The case is currently set for the trial term beginning on September 9, 2024. (Doc. No. 6.) However, the parties have not complied with this Court's Orders requiring pretrial submissions to be filed in this matter. Additionally, Defendant Kyle Garrett Harris is currently in the custody of the North Carolina Department of Corrections. In light of the failure to comply with pretrial submission requirements and the logistical demands of ensuring Defendant Harris is present for trial, the Court *sua sponte* continues this matter to the trial term beginning on November 4, 2024. The parties must file pretrial submissions by October 4, 2024.

**IT IS THEREFORE ORDERED** that the trial term in this matter is **CONTINUED** to the trial term beginning on **November 4, 2024**.

**IT IS FURTHER ORDERED** that the parties must file pretrial submissions by **October 4, 2024**.

**IT IS SO ORDERED.**

Signed: September 6, 2024

Frank D. Whitney
United States District Judge

1